| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | JOSEPH & NORINSBERG, ESQ., PLLC<br>110 E. 59th Street, Suite 2300<br>New York, New York 10022 |

**Plaintiff / Petitioner:**
TAVON TURNER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

**Defendant / Respondent:**
GROW TOGETHER LLC,

**AFFIRMATION OF SERVICE**

Case No:
1:24-CV-08031-ER

Date Filed: January 07, 2025

State of New York, County of KINGS) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on Thursday, January 09, 2025 AT 02:39 PM AT 2370 CONEY ISLAND AVENUE, BROOKLYN, NY 11223, actual place of business, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on GROW TOGETHER LLC, c/o Christopher Together LLC,

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant therein named, by delivering a true copy of each to JONATHAN "DOE" (NO LAST NAME PROVIDED), AUTHORIZED AGENT, AND WHO PROVIDED VERBAL CONFIRMATION THAT HE/SHE IS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF GROW TOGETHER LLC, c/o Christopher Together LLC.

[ ] **Suitable Person:** a defendant therein named, by delivering thereat, a true copy of each to a person of suitable age and discretion.

[ ] **Affixing to Door:** a defendant therein named, by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, and said wrapper to be deposited in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Delivery and mailing effected within twenty days of each other.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Perceived Age: 35-50 | Perceived Ethnicity: BLACK | Perceived Gender: N/A | Perceived Weight: Over 200 lbs |
| Perceived Height: 5ft8in-5ft11in | Perceived Hair: Black | Perceived Eyes: N/A | Relationship: N/A |
| Other: BEARD | | | |

*[signature]*

MARCUS JAMAL CHARLES
LIC# 2102101-DCA
PEAK PROCESS SERVERS, INC.
LIC# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

I affirm this 10 day of JANUARY, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.